NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE FIDELITY NATIONAL INFORMATION SERVICES, INC., FISERV, INC., JACK HENRY & ASSOCIATES, INC., ET AL.,**[*]

*Petitioners.*

2014-138

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in Nos. 2:13-cv-00431-JRG-RSP, 2:13-cv-00432-JRG-RSP, and 2:13-cv-00433-JRG-RSP, Judge J. Rodney Gilstrap.

**ON PETITION**

Before PROST, *Chief Judge,* WALLACH and CHEN, *Circuit Judges.*

CHEN, *Circuit Judge.*

**O R D E R**

Fidelity National Information Services, Inc. et al. petition for a writ of mandamus directing the United States

---

[*] This is not the official caption and is used only for this order.

District Court for the Eastern District of Texas to grant their pending motions for a stay of proceedings pending Covered Business Method Review of the two patents at issue in this litigation. Petitioners also move this court to stay district court proceedings pending consideration of its mandamus petition. Respondent DataTreasury Corporation opposes the petition and the motion.

We note that in *VirtualAgility Inc. v. SalesForce.com, Inc.*, ___ F.3d ___, 2014-1232 (Fed. Cir. July 10, 2014), this court recently addressed the proper application of the factors for assessing a motion to stay district court proceedings pursuant to Section 18(a)(1)(B) of the America Invents Act, Pub L. No. 112-29, 125 Stat. 284, 329–31 (2011) after Covered Business Method Review has been invoked. We deem it the better course to deny the petition and for the district court to promptly consider the motions for a stay in light of *VirtualAgility*.

Accordingly,

IT IS ORDERED THAT:

The petition for a writ of mandamus and the motion for a stay are denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26

cc: Clerk, United States District Court for the Eastern District of Texas